UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Civ. No. S-13-2534 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| EXCEL STOCKTON, LLC, et al., | |
| Defendants. | |

In this action brought under the Americans with Disabilities Act, with related state law claims, plaintiff has named as defendants Spindleshanks and Lake Tahoe Partners LLC. Spindleshanks answered the complaint on January 31, 2014. ECF No. 7. Plaintiff has filed a return of service showing that service of summons and complaint was made on Lake Tahoe Partners LLC in Incline Village, Nevada, on February 13, 2014. ECF No. 9. Lake Tahoe Partners has not appeared in the action.

On the present record, it is not clear plaintiff has named or served the correct party as Lake Tahoe Partners, nor is it clear plaintiff has taken any steps to clarify these questions. *See* ECF No. 12 at 3 ("Plaintiff is reviewing the service of the Nevada Defendant to make sure service is proper."). The court thus cannot determine whether the case will proceed as to Lake Tahoe Partners, a matter that requires resolution for the court to properly address a pending motion.

/////

1

1   IT IS THEREFORE ORDERED that plaintiff shall show cause within fourteen
2   days of the date of this order why the case against Lake Tahoe Partners LLC should not be
3   dismissed for failure to prosecute or for failure timely to effect service.
4   DATED: May 9, 2014.

_____
UNITED STATES DISTRICT JUDGE